IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

Danville Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No.: 4:18CR00012 |
| ) | |
| ) | |
| MONTEZ LAMAR ALLEN ) | |

## MOTION FOR BOND

COMES NOW the defendant, Montez Allen, by counsel, and respectfully moves this Honorable Court to grant him a secured bond prior to trial. In support of his Motion the defendant states the following:

1. The defendant is charged in counts 1 and 10 thru 15 of the indictment. Counts 10 and 11 carry the possibility of a death sentence. The remainder carry significant mandatory minimums or the possibility of life sentences;

2. The defendant has been incarcerated since his arrest in June. This is his first request for bail;

3. Since his arrest, the defendant's family has prepared to assist him with a secured bond. They are willing to post money or property to satisfy a secured bond if the Court sees fit to grant the defendant's motion;

WHEREFORE, the defendant respectfully moves this Honorable Court to grant him a reasonable secured bond.

Respectfully Submitted,

By S/ NEIL A. HORN
Neil Horn
Attorney at Law

CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing Motion was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all the named counsel involved with this and the companion cases.

 On this the 17th day of August, 2018

                 By s:\ Neil A. Horn