# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION
## CRIMINAL MINUTES - BOND HEARING

Case No.: 4:18cr12  Date: 8/30/2018

**Defendant:** Montez Lamar Allen, custody  **Counsel:** Neil Horn, CJA

PRESENT: JUDGE: Robert S. Ballou  TIME IN COURT: 1hr 37 min
Deputy Clerk: K. Brown
Court Reporter: K. Brown/FTR
U. S. Attorney: Ron Huber
USPO: Mike Terry
Case Agent: John Pittman, FBI

## LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. John Pittman, FBI, sworn | 1. Sherry Allen Chandler, mother, sworn |
|  | 2. Cathy Logan, "God Aunt, " sworn |

☒ Bond hearing held.
☒ Bond denied. Defendant remanded to custody.

**Additional Information:**
2:44
Parties present and represented by counsel.
No opening statements.
Evidence. John Pittman, FBI, sworn. Government Exhibits 1-22, marked and admitted. Cross. Court addresses witness. Redirect. Sherry Allen Chandler, sworn, mother. Probation visited family's current house, but the landlord recently contacted family and asked them to vacate the property so they currently do not have a home. Defendant's Exhibits 1-4, marked and admitted. Cross. Court addresses witness. Cathy Logan, sworn, "God-Aunt." Cross. Court addresses witness. Rest.
Argument. Rebuttle.
4:13
Recess.
4:26
Court addresses defendant. Testimony puts deft in the vicinity of the murder of "Mouse" (Christopher Motley). FB evidence is replete with evidence that deft was attempting to distribute marijuana in the Danville area. Testimony and evidence makes it very clear that defendant is a gang member and involved in gang activities. Deft's history is that his criminal record is not bad. Not a convicted felon. Does have some drug convictions. Court does not find that defendant is a flight risk. Court finds that defendant is a danger to the community due to strong ties to gang, drug selling, deft's talking openly on FB and to officers regarding firearm and drug sales. Court grants government's motion for detention. Defendant remanded. ODPT to enter. Defendant advised of his right to appeal .
Adjourned.
4:34