**Author**
Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:02:15 UTC
**Body** how many day shippin?

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 01:58:14 UTC
**Body** Average prices for our products ..including shipping
Oz...$320
Qp...$615
Hp...$790
P..$1450
Average prices for moon rocks Oz...$350
Qp...$720
Hp...$1100
P....$1900

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 01:58:13 UTC
**Body** what the purple urkle look like nd how much for Qp ?

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 01:57:40 UTC
**Body** i can make a drop on sum this thursday ,

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 01:57:34 UTC
**Body** Some Strains available such as: *Afghan Kush Grade:::::::A+
*Green Crack Grade::::::::AA Skywalker OG Kush Grade::::::::A+
*sour Diesel Grade::::::::A+ Top Shelf *Grand Daddy Purple
Grade:::::::: A *Sensi Star x ak47 Grade::::::::: AAA *Northern Lights
#5 :::::::::Grade: A+ *Lemon drop:Grade::::::::: A+ *Purple
Kush:::::::::Grade:A+ Top Shelf *OG Kush :::::::Grade:A++ Top
*purple-urkle::::::::Grade:AA *Girl Scout Cookies::::::::Grade: A+
*Blue Dream:Grade::::::::: A+ *Bubba Kush Grade::::::::: A *Kandy
Kush Grade::::::::A *Mango Kush Grade::::::::: A- *Blueberry Yum
Yum Grade::::::::: Grade: A+++ nn *Death Star:Grade::::::::: A+
*Sour OG Kush Grade::::::::: A++ Top Shelf *Bluecheese
Grade::::::::A *Cali Orange Bud (C.O.B.):Grade::::::::A++ *Super
Silver Haze:Grade::::::::A+ *White Rhino:Grade::::::::: A+ *White
Widow:Grade::::::: A+ *Pineapple Express Grade::::::: A+++++
*Blueberry Grade:::::::A+

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 01:57:13 UTC
**Body** where are you located and how soon you wanna make an order
with ua ?

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 01:56:59 UTC
**Body** Okay bro thats no problem

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 01:56:04 UTC
**Body** im tryna shop wid yu 🙏🙏, prices nd names ?

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 01:54:23 UTC



GOVERNMENT EXHIBIT



**Photo Id:** 649011178821299

**Type**
image/jpeg
**Size** 213825
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=649011178821299&mid=mid.%2
4cAAAAA-lnw_lmncfdmlgblJTRFZdN&uid=10001
4025124898&accid=100014025124898&previe
w=0&hash=AQAU0dnF_y1qCTA1WXYWCes_eAc
0_pt5HDyAUZQflN30Vw

**Sent**

2017-12-19 02:08:09 UTC
**Body** once you taste that shit i swear you gonna come back for more products man

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:07:39 UTC
**Body** didnt mean to call bro

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:07:34 UTC
**Body** all the products i sent to you those are the best products we have here bro

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:07:27 UTC
**Call Record**              **Type** phone
                         **Missed** true
                         **Duration** 0

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:06:58 UTC
**Body** yes you put ordeer thurs and receive the next day

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:06:13 UTC
**Body** since all our packages are been sealed in a vacuum container which is very safe,secure and far reach from cops even trained dogs can't get the smell of our package.

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:06:08 UTC
**Body** ok thats great , whats your strongest most popular strand , i want to flood my city with the best

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:05:22 UTC
**Body** we make sure our customers security comes first in everything we do.

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:04:53 UTC
**Body** also once you order with us we send to you a valid tracking number which you gonna use in tracking the package till it gets to your home address with no stress.

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:04:36 UTC
**Body** im ready do business asap , so i put my order in thurs. it be here fri?

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:04:01 UTC
**Body** our maximum hour of shipping is 48hhours

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:03:05 UTC
**Body**
**Attachments** image-649011178821299 (649011178821299)



**Photo Id:** 369239263222822

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:15:18 UTC
**Body** i jus hit yu up bro

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:12:49 UTC
**Body** here is my number just send me a text so i can save up your number okay 17254004760

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:12:21 UTC
**Body** since its very safe and secure

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:12:07 UTC
**Body** as for payment we do confirm all our payment via western union ,moneygram,walmart to walmart or bitcoin

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:11:20 UTC
**Body** Okay bro then i will be waiting to read from you

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:10:13 UTC
**Body** yea mix 3 for hp for me bro , all is well , then yu got guaranteed business wid me , nd i shop big 🙏🙏

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:09:17 UTC
**Body** but i can mis 3 for HP

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:09:11 UTC
**Body** i can mix 5 or 6 good shits for a Pound

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:08:50 UTC
**Body** lol..okay then when your ready am just gonna choose the best for you okay

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-19 02:08:23 UTC
**Body** damn yu got so much good shit im hveing hard time deciding

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:08:21 UTC
**Body** because thats what my customes always do

**Author** Ngeh Ndip (100011372670939)

**Sent**
2017-12-17 23:14:20 UTC
**Body** cous

**Author** Antonio Ballard (100023187224944)
**Sent** 2017-12-17 22:50:15 UTC
**Call Record**                    **Type** phone
**Missed** false
**Duration** 53

**Author** Antonio Ballard (100023187224944)
**Sent** 2017-12-17 22:49:03 UTC
**Call Record**                    **Type** phone
**Missed** true
**Duration** 0

**Author** Antonio Ballard (100023187224944)
**Sent** 2017-12-17 22:48:35 UTC
**Call Record**                    **Type** phone
**Missed** true
**Duration** 0

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-17 01:45:35 UTC
**Body** yo

**Author** Poppa Doc (100014025124898)
**Sent** 2017-12-17 01:45:33 UTC
**Body** You accepted Antonio's request.

**Author** Antonio Ballard (100023187224944)
**Sent** 2017-12-16 20:01:40 UTC
**Body** Antonio added you on Messenger.

**Author** Antonio Ballard (100023187224944)
**Sent** 2017-12-16 20:01:37 UTC
**Body** Bro

**Thread** (589650714757346)
**Current** 2018-02-28 21:19:27 UTC
**Participants** Ngeh Ndip (100011372670939)
Poppa Doc (100014025124898)

**Author** Ngeh Ndip (100011372670939)
**Sent** 2017-12-19 02:15:55 UTC
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA-Inw_ImndOcHlgbI5I0FPHT&uid=10001
4025124898&accid=100014025124898&previe
w=0&hash=AQCRg8QoUP5yJ8I-0ydl5NXFv694_b
53j_H5L0CXd6RCgw

**Service** Facebook
**Target** 100002079344836
**Generated** 2018-02-28 21:12:17 UTC
**Date Range** 2004-01-01 00:00:00 UTC to 2018-02-12 23:59:59 UTC
**NCMEC**
**Cybertips**


**Name**          **First** Ngm
                 **Middle** Doc
                   **Last** Dinero


**Registered** tez.l.allen@facebook.com
**Email** allenmontez@rocketmail.com
**Addresses** neka123194@gmail.com


**Vanity Name** tez.l.allen


**Registration** 2011-02-18 02:50:02 UTC
**Date**


**Registration Ip**


**Account**        **Account Still** true
**Closure Date**       **Active**


**Address**         **Street**
                   **City**
                  **State**
                    **Zip**
                **Country**


**Current City** Charlotte, North Carolina (105715936129053)


**Phone** +14347093550 Cell Unverified
**Numbers** +14344290733 Cell Unverified
          +14347108880 Cell Unverified
          +17046521216 Cell Unverified
          +14344294221 Cell Verified
          +14342032945 Cell Unverified
          +14344296521 Cell Verified


**Credit Cards**


**PayPal**
**Accounts**



**Message** -.Xant sleep 🙄🙄

**Time** 2016-08-03 04:00:17 UTC
**Story** Ngm Doc Dinero shared Wuantia Razha'ee Brandon's photo.

**Time** 2016-08-02 23:00:54 UTC
**Message** Hya

**Time** 2016-08-02 22:17:07 UTC
**Story** Ngm Doc Dinero shared Ree Tucker's post.

**Time** 2016-08-02 22:03:51 UTC
**Message** -.If dats yo b* i been fxkd yo b* , i think about ‼️🙅🙅times ‼️🙅🙅🙅

**Time** 2016-08-02 21:25:46 UTC
**Message** -.The nigga Billy Smooth xomplixated as ah mf trynna do ah applixation 🤦🤦🤦🤦🤦

**Time** 2016-08-02 21:01:54 UTC
**Story** Ngm Doc Dinero shared Johnny Deng's post.
**Message** -.I always look out for my niggaz who tryna get paid 🙌🙌🙌 #GoGetTheMoneyNigga‼️🙌🙌🙌🙌🙌🙌

**Time** 2016-08-02 20:58:33 UTC
**Story** Ngm Doc Dinero shared Johnny Deng's post.

**Time** 2016-08-02 20:38:25 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2016-08-02 20:25:34 UTC
**Story** Ngm Doc Dinero updated his status.

**Time** 2016-08-02 18:30:02 UTC
**Message** -.Beefin ah broke sport, tell me whats the logix 🤔🤔

**Time** 2016-08-02 18:18:11 UTC
**Story** Ngm Doc Dinero shared Tayniqua Zhane' Keen's post.

**Time** 2016-08-02 18:16:11 UTC
**Message** -.ill neva refuse dem xounty xalls, no matter what time my shid ringin, xaus i kno how dat shid feel 🙏🙏 #NLMB🙏🙏

**Time** 2016-08-02 17:29:59 UTC
**Message** -.Ima RR blood nd these niggaz xounterfeit 💯💯💯💯💯💯💯

**Time** 2016-08-02 15:44:03 UTC
**Message** -.Talk tuff get hit in yo stuff bitxh im from 6️⃣double🔟🔟‼️

**Time** 2016-08-02 15:42:48 UTC
**Story** Ngm Doc Dinero was with Shinna Jai.

**Time** 2016-08-02 15:37:27 UTC
**Story** Ngm Doc Dinero shared Wayne Perry's post.

**Time** 2016-08-02 14:43:20 UTC
**Story** Ngm Doc Dinero shared Bryson B'Nard Claiborne's post.

**Time** 2016-08-02 13:27:03 UTC
**Message** -.This bitxh all way in Missouri nd poppin shid 🙄🙄🙄🙄. foh 🙄🙄


GOVERNMENT
EXHIBIT
3

**Photo Id:**

1106222909457010

**Author** Benjii Jones (100001322710975)
  **Sent** 2016-08-29 22:25:47 UTC
  **Body** You got a pic

**Author** Ngm Doc Dinero (100002079344836)
  **Sent** 2016-08-29 22:25:15 UTC
  **Body** my xousin got ah 22 rifle yu xan get for 100

**Author** Benjii Jones (100001322710975)
  **Sent** 2016-08-29 22:23:58 UTC
  **Body** Bruh you know anybody selling a gun from 50-100

**Author** Benjii Jones (100001322710975)
  **Sent** 2016-08-28 07:55:38 UTC
  **Body** Bruh your bro good

**Author** Ngm Doc Dinero (100002079344836)
  **Sent** 2016-08-01 19:29:15 UTC
  **Body** north hills , just hmu

**Author** Benjii Jones (100001322710975)
  **Sent** 2016-08-01 19:28:11 UTC
  **Body** Bet where you going to be at bruh I'll match something with you if
    yay trying to

**Author** Ngm Doc Dinero (100002079344836)
  **Sent** 2016-08-01 19:26:48 UTC
  **Body** 4347284646 , ball him up

**Author** Benjii Jones (100001322710975)
  **Sent** 2016-08-01 19:25:46 UTC
  **Body** Me and yay going to get it

**Author** Ngm Doc Dinero (100002079344836)
  **Sent** 2016-08-01 19:25:10 UTC
  **Body** hell yea , he hmu nd thought it was mine 

**Author** Benjii Jones (100001322710975)
  **Sent** 2016-08-01 19:23:38 UTC
  **Body** Yea lol

**Author** Ngm Doc Dinero (100002079344836)
  **Sent** 2016-08-01 19:23:26 UTC
  **Body** that boost mobile key ?

**Author** Benjii Jones (100001322710975)
  **Sent** 2016-08-01 19:19:41 UTC
  **Body** Bruh mark got my key

**Author** Ngm Doc Dinero (100002079344836)
  **Sent** 2016-07-29 15:26:57 UTC


GOVERNMENT
EXHIBIT
4



**Photo Id:**

1106224589456842

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-29 22:28:06 UTC
**Body** That's the only thing he got

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-29 22:27:25 UTC
**IP** 66.87.75.71
**Body**
**Attachments** image-1106222909457010 (1106222909457010)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1106222909457010&mid=mid.1
472509645040%3A62fecd14a147354e37&uid=
100002079344836&accid=100002079344836&
preview=0&hash=AQBvCGEZBK6NP0xcepeh3a
QdS8ehInsqtH4t4IxuKjKhZg



**Photo Id:**

1106225562790078

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-29 22:31:33 UTC
**Body** He don't got no hand gun

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-29 22:31:13 UTC
**Body** Bet

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-29 22:31:01 UTC
**Body** dnt send dat to nobody else bro , xaus my xousin got them off ah jugg

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-29 22:30:32 UTC
**IP** 66.87.75.71
**Body**
**Attachments** image-1106224589456842 (1106224589456842)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1106224589456842&mid=mid.1 472509832753%3A525cf4d828616eea00&uid= 100002079344836&accid=100002079344836& preview=0&hash=AQAgKUJHl7WHHdfAA_saHXN akyoMcrv8cGq2PgqlZtcNBg



**Body**

Kwest bruh

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-31 00:52:57 UTC
**Body** who my man bruh

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-31 00:52:34 UTC
**Body** Ya man ran my shit for a hun for a pool bruh can you talk to him

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-31 00:51:43 UTC
**Body** na wassup

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-31 00:51:29 UTC
**Body** Bruh you heard bout what happen to me

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-31 00:50:57 UTC
**Body** wass poppin

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-31 00:50:47 UTC
**Body** Bruh

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-29 22:34:35 UTC
**Body** Oh damn

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-29 22:32:53 UTC
**Body** i forgot it in my girls rental ,

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-29 22:32:07 UTC
**Body** hell na had that joint but i got to get it bak

**Author** Benjii Jones (100001322710975)
**Sent** 2016-08-29 22:32:03 UTC
**Body** How much

**Author** Ngm Doc Dinero (100002079344836)
**Sent** 2016-08-29 22:31:53 UTC
**IP** 66.87.75.71
**Body**
**Attachments** image-1106225562790078 (1106225562790078)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1106225562790078&mid=mid.1
472509913266%3Adfb61af3095fa42981&uid=1
00002079344836&accid=100002079344836&pr
eview=0&hash=AQC4RsaLKuVB0AtmseuP4CnC
DHnGj819bYVQBUSdk5534g

**Time**

2016-09-11 19:17:39 UTC

**Message** -.I done went to church for the first time in ah xouple weeks nd now im tryna get biblical wid ppl 🙏🙏

**Time** 2016-09-11 18:58:55 UTC

**Story** Ngm Doc Dinero updated his status.

**Message** -.Im tryna typ normal, but i hvent used ah C in so long, its like i just cant hit that letter, but dat blood typin shid dead, im gettin too old but niggaz already kno what im bangin 🅱️🅱️🅱️🅱️🅱️❤️

**Time** 2016-09-11 18:54:57 UTC

**Story** Ngm Doc Dinero shared Nitaya Adams's post.

**Time** 2016-09-11 18:54:47 UTC

**Story** Ngm Doc Dinero shared J. Holiday's photo.

**Time** 2016-09-11 18:48:23 UTC

**Story** Ngm Doc Dinero shared Jerrod D. Motley's post.

**Time** 2016-09-11 18:48:08 UTC

**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2016-09-11 17:51:34 UTC

**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2016-09-11 17:20:05 UTC

**Story** Ngm Doc Dinero shared HeadHuncho Keene's post.

**Time** 2016-09-11 16:56:45 UTC

**Story** Ngm Doc Dinero shared Shakee Da'Juon's post.

**Time** 2016-09-11 16:52:12 UTC

**Story** Ngm Doc Dinero shared Tariq Montana's post.

**Time** 2016-09-11 16:45:02 UTC

**Message** -.Bible says xum as yu are , but i guess my sister think otherwise 😂😂😂😂

**Time** 2016-09-11 16:05:13 UTC

**Story** Ngm Doc Dinero shared Gun Fanatics's photo.

**Time** 2016-09-11 16:04:31 UTC

**Story** Ngm Doc Dinero shared Kaufman Hollywood's photo.

**Time** 2016-09-11 16:02:18 UTC

**Story** Ngm Doc Dinero shared BV Swirl's post.

**Message** -.Faxts 💯💯

**Time** 2016-09-11 16:01:12 UTC

**Story** Ngm Doc Dinero shared Cookie Lyon Quotes's photo.

**Time** 2016-09-11 15:45:02 UTC

**Story** Ngm Doc Dinero shared Eric Cole's post.

**Time** 2016-09-11 15:40:03 UTC

**Story** Ngm Doc Dinero and Eric Cole are now friends.

**Time** 2016-09-11 15:30:31 UTC

**Message** -.Otw to xhurxh 🙏🙏🙏🙏🙏



GOVERNMENT
EXHIBIT
5
PENGAD 800-631-6989

**Story**    Ngm Doc Dinero shared Pleasure P's photo.

**Time**   2016-10-22 04:01:30 UTC
**Story**   Ngm Doc Dinero shared William Sewell's photo.

**Time**   2016-10-22 03:26:15 UTC
**Story**   Ngm Doc Dinero shared E Simone Mua's post.
**Message**   -.Mfs is dumb ash b 🔥🔥

**Time**   2016-10-22 03:24:07 UTC
**Story**   Ngm Doc Dinero shared Darius Dwade Birks's post.
**Message**   -. iSTG ‼️🔥🔥🔥🔥🔥🔥🔥

**Time**   2016-10-22 02:06:27 UTC
**Story**   Ngm Doc Dinero shared Kdarius West's post.

**Time**   2016-10-22 01:12:00 UTC
**Message**   -.If the opposition bust at me , ima bust bak 🔥🔥🔥🔥

**Time**   2016-10-22 01:10:25 UTC
**Story**   Ngm Doc Dinero shared Herbert Wright's photo.

**Time**   2016-10-22 01:01:42 UTC
**Story**   Ngm Doc Dinero shared Trina's photo.

**Time**   2016-10-22 01:01:07 UTC
**Story**   Ngm Doc Dinero shared Scrilla King's photo.

**Time**   2016-10-22 01:00:37 UTC
**Story**   Ngm Doc Dinero shared Crystal Michelle Harris's post.
**Message**   -.Put C out for later 🔥🔥

**Time**   2016-10-22 00:48:04 UTC
**Message**   -.Glox 23 , dats ah .40 wid hollows n i keep it on me like ah letterman 🔥🔥

**Time**   2016-10-22 00:43:35 UTC
**Story**   Ngm Doc Dinero shared Desharea Thomas's post.

**Time**   2016-10-22 00:00:43 UTC
**Story**   Ngm Doc Dinero shared Janea Hairston's post — with Kris MacPrice and Melvina
Hairston.

**Time**   2016-10-21 23:52:19 UTC
**Story**   Ngm Doc Dinero shared Infamous D's photo.

**Time**   2016-10-21 23:13:44 UTC
**Message**   -.Aint got to prove yourself wen niggaz kno who yu are 🔥🔥

**Time**   2016-10-21 23:11:11 UTC
**Story**   Ngm Doc Dinero shared Chevy Mcmillian's photo.

**Time**   2016-10-21 23:10:55 UTC
**Message**   -.i hate fxk shid ! 🔥🔥

**Time**   2016-10-21 22:42:35 UTC
**Story**   Ngm Doc Dinero shared La Mecca Williams's post.

**Time**   2016-10-21 20:50:54 UTC

GOVERNMENT
EXHIBIT
6
H18CR12

**Time**
2016-11-07 23:48:55 UTC
**Story** Ngm Doc Dinero updated his status.

**Time** 2016-11-07 23:37:48 UTC
**Message** -.These niggaz be stressin , thes hoes be messy nd ion be givin ah fck 🔫🔫🔫🔫🔫

**Time** 2016-11-07 23:30:11 UTC
**Message** -.Hol up bitxh get ya mind right, dnt tlk me like ima child ! 😒😒

**Time** 2016-11-07 20:35:53 UTC
**Message** -.What ever happen to "Puff Puff Pass" niggas wanna hit the blunt, post ah fb stat, check they DMs , make 30 snaps , then wait till the blunt go out nd try to pass it , mfs be killin me 😒😒

**Time** 2016-11-07 16:37:33 UTC
**Story** Ngm Doc Dinero shared Foo Pratt's post.
**Message** -.😒😒😒😒😒

**Time** 2016-11-07 04:24:42 UTC
**Message** -.They hating fck it , tax em !

**Time** 2016-11-07 03:57:50 UTC
**Story** Ngm Doc Dinero updated his cover photo.

**Time** 2016-11-07 02:23:47 UTC
**Story** Ngm Doc Dinero shared Mya Gabrielle's post.
**Message** -.Why tf did i read that hol thing first try 😒😒

**Time** 2016-11-07 01:44:33 UTC
**Story** Ngm Doc Dinero shared Meya Chuntale's post.

**Time** 2016-11-07 00:44:32 UTC
**Story** Ngm Doc Dinero shared BigRioo DaMenace's post.

**Time** 2016-11-06 19:35:41 UTC
**Story** Ngm Doc Dinero was tagged in a photo.

**Time** 2016-11-06 16:51:02 UTC
**Message** -.Dnt hurt yourself trynna hurt me 😒😒

**Time** 2016-11-06 08:48:05 UTC
**Message** -.i been smaxkd sinxe i got off wrk 🔫🔫🔫🔫🔫🔫🔫🔫

**Time** 2016-11-05 22:23:35 UTC
**Story** Ngm Doc Dinero shared Alana Monique's photo.
**Message** -.Tayniqua Zhane' Keen

**Time** 2016-11-05 21:15:25 UTC
**Message** -.Im shootin dice wid da bloods nd sellin dope w/ da xrips 🔫🔫🔫🔫🔫🔫🔫🔫🔫

**Time** 2016-11-05 20:37:23 UTC
**Story** Ngm Doc Dinero shared Waka Flocka Flame's photo.

**Time** 2016-11-05 20:20:08 UTC
**Message** -.In this life dat im living I pray🙏🙏🙏🙏 I make it thru the night 🌙🌙🌙🌙

**Time** 2016-11-05 15:56:44 UTC
**Story** Ngm Doc Dinero updated his status.



**Time** 2016-11-28 19:25:16 UTC
**Story** Ngm Doc Dinero and Kyana McMoore are now friends.

**Time** 2016-11-28 16:29:37 UTC
**Story** Ngm Doc Dinero and Tanika Calloway Adkins are now friends.

**Time** 2016-11-28 05:42:01 UTC
**Story** Ngm Doc Dinero updated his status.
**Message** -.Get off early this week 🙂🙂

**Time** 2016-11-28 05:32:20 UTC
**Message** -.Fck it since my main wanna fight, im not gon argue tonight , yu good shordy yu right 🖕🔥🔥🔥🔥

**Time** 2016-11-28 05:06:50 UTC
**Message** -.Xaus im 19 shid dnt mean ah thing, on Milla aint no temptin me, bitxh its MURDER, all my niggaz play for keeps 🙏🙏

**Time** 2016-11-28 04:52:43 UTC
**Story** Ngm Doc Dinero and Zoey LA Via are now friends.

**Time** 2016-11-28 04:49:50 UTC
**Story** Ngm Doc Dinero shared RexkAve Keb's post.
**Message** -.use to🔥🔥

**Time** 2016-11-28 04:48:53 UTC
**Story** Ngm Doc Dinero shared Tariq Montana's post.

**Time** 2016-11-28 04:41:26 UTC
**Message** Name I got : Tayniqua  Name In My Phone ? My Shordy 🔥🔥🔥🔥🔥🔥❤🔥🔥 Ever Fucked 🔥🔥 ? Every time i get ah chance  Wanted To Fuck 🔥🔥?  Weneva i view ha  Kissed 🔥🔥 ? Every second First Met 🔥🔥 ? Thru Myisha nd Snap Favorite Memory ? the weekend in the boro  In Love ❤ ? i think  Rate 🔥🔥 ? BMS 🔥🔥  Would We Been In Relationship 🔥🔥 ? Already in one  Secret I Have To Tell You 🔥🔥 ? i tell ha errthing Do We Conversate ? duhh Do I Miss You ? weneva im at work or she isnt around  Where Do We Stand ? In ah long relationship How I Feel About You ? Dats my bby nd ill do anything for her 🔥🔥🔥🔥🔥🔥 Comment "🔥🔥" for a name .

**Time** 2016-11-28 04:32:03 UTC
**Story** Ngm Doc Dinero updated his profile video.

**Time** 2016-11-28 03:58:36 UTC
**Story** Ngm Doc Dinero and Desiree Wilson are now friends.

**Time** 2016-11-28 03:46:59 UTC
**Message** First thing that comes to my mind when I hear your name.... PLEASE COMMENT YOUR NAME or SOMEBODY 🔥🔥🔥🔥🔥🔥  Don't get mad 🔥🔥

**Time** 2016-11-28 03:34:50 UTC
**Message** -.Name I got : Tee H Name In My Phone ? N/a Ever Fucked 🔥🔥 ? Yea Wanted To Fuck 🔥🔥 ? Yea Kissed 🔥🔥 ? Yea First Met 🔥🔥 ? Instagram i believe  Favorite Memory ? N/a In Love 🔥🔥 ? Na Rate 🔥🔥 ? 7 Would  We Been In Relationship 🔥🔥 ? Doubt it Secret I Have To Tell You 🔥🔥 ? N/a Do We Conversate ? rarely Do I Miss You ? Na Where Do We Stand ? friends How I Feel About You ? aint nun Comment "🔥🔥" For A Name

**Time** 2016-11-28 03:25:31 UTC
**Message** Name I got : Jazmiah Name In My Phone ? Not in ther Ever Fucked 🔥🔥 ? Na Wanted To Fuck 🔥🔥 ? b4 Kissed 🔥🔥 ? na First Met 🔥🔥 ? Skool  Favorite Memory ? Wen i slid ova to cop


GOVERNMENT
EXHIBIT

**Story** Ngm Doc Dinero shared Pøøk Pookï Pookië's post.

**Message** -.If yall dnt get this dumb ass question tfoh 🤦🤦🤦 Of course i want all my niggaz eatin 🍴🍴🍴♂️🍴

**Time** 2016-12-29 06:52:40 UTC
**Story** Ngm Doc Dinero updated his current city to Charlotte, North Carolina.

**Time** 2016-12-29 06:52:40 UTC
**Story** Ngm Doc Dinero added Danville, Virginia as his hometown.

**Time** 2016-12-29 06:38:13 UTC
**Message** -.IJFLISRANISWTL 😂😂😂😂

**Time** 2016-12-29 06:35:36 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2016-12-29 06:25:53 UTC
**Story** Ngm Doc Dinero shared Janae Shauntel's post.
**Message** -.What G Herbo say " Let me show you how the gangsters do it ,I know you tryna get it off, Turn the Bryson Tiller off, let me fuck you to this gangster music🎶"

**Time** 2016-12-29 06:19:13 UTC
**Message** -.Yall older females , got these lil girls out here thinkin sendin nudes n shid cute, lil ass girls aint had dey first period but tryna sho yall what lil bit dey do got🤦🤦♂️, shid not cute nd yu older ones needa show more respext for yal damn self, while yal out hea tryna coach these lil ass girls on doin dat non sense 🤦🤦

**Time** 2016-12-29 05:44:55 UTC
**Message** -.🤔🤔

**Time** 2016-12-29 05:24:05 UTC
**Message** -.Shid jus pissd me all the way off 🤬 ready gts until i can come up wid ah master plan 🤐

**Time** 2016-12-29 04:25:56 UTC
**Message** -.It aint ah dream its really what it seem, godta get that mullah💰 before yu end up onna tee 😤

**Time** 2016-12-29 04:23:03 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2016-12-29 04:19:51 UTC
**Story** Ngm Doc Dinero shared Hoodrich Sancho's post.

**Time** 2016-12-29 04:01:03 UTC
**Story** Ngm Doc Dinero shared Yfn Quise's post.
**Message** -.Ayeeee yoo if this aint my brotha Trill , idk what is 😂😂😂😂😂😂😂😂

**Time** 2016-12-29 03:59:47 UTC
**Message** -.Remember posted on block , ready for the war 🔫 #700🔫

**Time** 2016-12-29 03:47:52 UTC
**Message** -.i hate ah dick rider 😐

**Time** 2016-12-29 03:41:26 UTC
**Story** Ngm Doc Dinero shared Trina's photo.

**Time** 2016-12-29 03:39:15 UTC



**Message**

    -.‼️⬜⬜

**Time** 2017-03-18 22:53:23 UTC
**Story** Ngm Doc Dinero shared Mark Ferrell's post.

**Time** 2017-03-18 19:31:52 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2017-03-18 16:38:06 UTC
**Story** Ngm Doc Dinero was tagged in a post.

**Time** 2017-03-18 16:33:11 UTC
**Story** Ngm Doc Dinero shared a memory.

**Time** 2017-03-18 13:17:11 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2017-03-18 10:06:33 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2017-03-18 06:58:02 UTC
**Message** -.⬜⬜⬜♂️⬜⬜⬜♂️⬜⬜⬜♂️

**Time** 2017-03-18 06:40:45 UTC
**Story** Ngm Doc Dinero shared Nicholas Hairston's post.
**Message** -.I fw wid Pushers ⬜⬜, just not ah fan of CMG, but yall boys keep eatin, by any means ⬜⬜⬜⬜⬜

**Time** 2017-03-18 06:32:55 UTC
**Message** -.Wanted to roll up ah 3.5 , but all i have is ah HD ⬜⬜

**Time** 2017-03-18 06:28:06 UTC
**Message** -.I hustle like im still hurtin' ⬜⬜

**Time** 2017-03-18 06:20:33 UTC
**Message** -.Went to sheetz dat bitch was lit like it was bak in 2015 early 2016 ⬜⬜

**Time** 2017-03-18 06:19:40 UTC
**Message** -.⬜⬜I get it in, then get it gone today ! ⬜⬜⬜⬜⬜⬜⬜

**Time** 2017-03-18 04:49:53 UTC
**Message** -.Who tryna make sum gas money ⬜⬜

**Time** 2017-03-18 04:13:14 UTC
**Message** -.Only advice i got for my young niggas is "dnt get caught" ⬜⬜

**Time** 2017-03-17 19:50:26 UTC
**Message** -.It dnt matter wher i go godta take the heat, even if that mean im goin to hell, dey aint takin me ! ⬜⬜

**Time** 2017-03-17 18:50:45 UTC
**Story** Ngm Doc Dinero updated his status.
**Message** -.Yu say yu get money?, i get it to ! ⬜⬜⬜⬜⬜

**Time** 2017-03-17 17:55:32 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2017-03-17 17:08:06 UTC



**Story** Ngm Doc Dinero was tagged in a post.

**Time** 2017-05-21 15:36:06 UTC
**Message** -.I sat ther n waited for niggas to help me, all that tlkin they did, them niggas aint show it 🔫🔫🔫🔫

**Time** 2017-05-21 15:23:42 UTC
**Story** Ngm Doc Dinero updated his cover photo.

**Time** 2017-05-21 15:08:52 UTC
**Story** Ngm Doc Dinero and Scrapp Rollxn are now friends.

**Time** 2017-05-21 15:08:46 UTC
**Message** -.Aint doin shid wid this money, might come buy ya team up caus yu cant feed em 🔫🔫🔫🔫♂

**Time** 2017-05-21 15:03:42 UTC
**Message** -.Free that boy West man, keep yo head up while yu in dat jam G 🔫🔫🔫, Sumbody hit me next time he call 🔫🔫

**Time** 2017-05-21 15:01:36 UTC
**Message** -.No we dnt do police No we dont name names 🔫🔫🔫🔫🔫🔫♂

**Time** 2017-05-21 14:56:47 UTC
**Story** Ngm Doc Dinero shared Corinthian Dudley's post.

**Time** 2017-05-21 14:52:42 UTC
**Story** Ngm Doc Dinero shared La Mecca Williams's post.
**Message** -.Lil Sis finally did it 🔫🔫

**Time** 2017-05-21 14:39:07 UTC
**Story** Ngm Doc Dinero and Xayto Ven are now friends.

**Time** 2017-05-21 14:36:14 UTC
**Story** Ngm Doc Dinero shared a memory.
**Message** -.Lmao stupid old throwback 🔫🔫

**Time** 2017-05-21 14:30:04 UTC
**Story** Ngm Doc Dinero and Rico Metts are now friends.

**Time** 2017-05-21 03:01:54 UTC
**Story** Ngm Doc Dinero shared Alleyboy Lyl's post.

**Time** 2017-05-20 21:17:39 UTC
**Message** montez such a gentlemen y'all 🔫🔫

**Time** 2017-05-20 20:47:02 UTC
**Message** -.Slushy in the cup wid Codein on it 🔫🔫🔫🔫

**Time** 2017-05-20 19:20:40 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2017-05-20 17:33:12 UTC
**Story** Ngm Doc Dinero shared Ania Thomas's post.

**Time** 2017-05-20 17:21:42 UTC
**Story** Ngm Doc Dinero shared Rashon Howerton's post.



**Time**

2017-05-26 13:12:31 UTC
**Story** Ngm Doc Dinero was tagged in a post.

**Time** 2017-05-26 05:32:53 UTC
**Story** Ngm Doc Dinero was tagged in a post.

**Time** 2017-05-25 23:39:21 UTC
**Message** -.Lmaooo , Nope, Nope, Nope , cant do kids, dat crying been made me gave that mf away 🙅🙅🙅🙅🙅🙅🙅

**Time** 2017-05-25 23:32:29 UTC
**Message** -.Yu lean the pot and scrape the bowl n yu get Doc 🙅🙅

**Time** 2017-05-25 23:23:58 UTC
**Story** Ngm Doc Dinero was tagged in a post.

**Time** 2017-05-25 23:21:02 UTC
**Story** Ngm Doc Dinero was tagged in a post.

**Time** 2017-05-25 23:13:06 UTC
**Story** Ngm Doc Dinero was tagged in a post.

**Time** 2017-05-25 22:31:56 UTC
**Message** -.Face breakin out like ah mf 🙅🙅🙅🙅♂

**Time** 2017-05-25 22:29:33 UTC
**Story** Ngm Doc Dinero shared a memory.

**Time** 2017-05-25 22:28:43 UTC
**Story** Ngm Doc Dinero shared a memory.
**Message** -.🙅🙅🙅🙅

**Time** 2017-05-25 22:28:24 UTC
**Story** Ngm Doc Dinero shared a memory.

**Time** 2017-05-25 22:01:21 UTC
**Story** Ngm Doc Dinero and Adam Fitzgerald are now friends.

**Time** 2017-05-25 21:19:32 UTC
**Message** -.Ion touch the dope like it got rabies 🙅🙅

**Time** 2017-05-25 20:45:15 UTC
**Story** Ngm Doc Dinero shared CokeBoy Carey's post.

**Time** 2017-05-25 19:15:39 UTC
**Story** Ngm Doc Dinero shared Bucks Tucker's post.
**Message** -.🙅🙅🙅🙅

**Time** 2017-05-25 12:38:36 UTC
**Message** -.Wen yu dnt got service at work , but Wifi in the bathroom 🙅🙅🙅🙅🙅🙅🙅

**Time** 2017-05-25 05:18:02 UTC
**Story** Ngm Doc Dinero was mentioned in a post.

**Time** 2017-05-24 20:31:51 UTC
**Message** -.Aint nobody tell yall shoot all them bullets and not hit nun, then yu wudnt have to worry bout if that man snitchin or not 🙅🙅🙅🙅♂🙅🙅🙅🙅



GOVERNMENT
EXHIBIT
12



GOVERNMENT
EXHIBIT
13
418CR12
9/30/18

  


GOVERNMENT
EXHIBIT
14





GOVERNMENT
EXHIBIT
15

4:18CR12



GOVERNMENT
EXHIBIT
16



GOVERNMENT
EXHIBIT
17



GOVERNMENT
EXHIBIT
18



GOVERNMENT
EXHIBIT
19



GOVERNMENT
EXHIBIT
20
8/30/18

Q Search



**Ngm Doc Dinero**
1 hr · 👥

-."Whateva dey wanna do we xan do it , if it aint bout dat money ion get into it, 🚗 💥 💥 💥 🔫, dats how i get into it 👿"

👍 Like          💬 Comment          ➤ Share

👍 1

**Amber Buckner**
You really need to learn how to spell no one thinks that's cool.
54 minutes ago · Unlike · 👍 1 · Reply



   **Tayniqua Zhane' Keen**
   and you didn't have too comment , carry on
   👏
   Just now · Like · Reply



   Write a reply...

📷  Write a comment...                      ☺   Post



GOVERNMENT EXHIBIT
21
4:18 CR 12

