To whom it may concern, 7/30/2018

     My name is Johnny Hayes and I have been the Production Supervisor over the Welding Department at Unarco Industries, LLC for over 11 years now. Over the last 2.5 years, Montez Allen worked under my supervision as a Mig Welder. Montez is a productive part of my team and I could always depend on him to be here on time and perform multiple tasks. He was always on time and performed multiple job tasks daily. He is a team player who got along great with his peers and any leadership above him.

Please don't hesitate to contact me with any questions or concerns you may have regarding Mr. Allen. You can reach me at the number below.



Sincerely,

*Johnny Hayes*
*Welding Supervisor*
*(434) 228-3930*
*Unarco Industries, LLC*
*Danville, VA 24540*



August 29, 2019

To Whom It May Concern:

I have been asked to serve as a reference for Montez Allen.

I have known Montez for all of his life and have found him to be a very caring young man. When he was a student at George Washington High School, he was very respected by his peers. He made quite a name for himself in the ROTC program where he held one of the highest offices.

Montez comes from a well-disciplined household. He and his mother, along with another brother and sister are members of the United Holiness Worship Center in Pelham, North Carolina.

On a personal level, Montez is a well disciplined and industrious young man with a pleasant personality. He has demonstrated great perseverance and initiative. He is not only interested in and motivated to learning new things, but puts great work into assimilating it to his own experience and developing his own ideas.

If I can be of any further assistance, or provide you with any further information, please do not hesitate to contact me.

Sincerely,

*Fraun DAdridge*

Fraun Niblett, Department Chair
Business and Information Technology
George Washington High School

DEFENDANT'S EXHIBIT 2

August 29, 2018

Your Honor:

I am writing this letter in reference to one of my former students, Montez Allen. I first met Montez in 2014, when he was a student here at George Washington High School and I was his English teacher in British Literature. This was during the first semester of his senior year. Over the time that I interacted with him, I found Montez to be a highly motivated young man with great potential.

Throughout his high school years Montez was an active member of the NJROTC at G W. He obtained leadership rank in this program and participated in many school activities and events as a part of his responsibilities. Montez was a good student, maintaining a "B" average in English. He actively engaged in class discussions, submitted his schoolwork on time, and attended class regularly. His behavior in my classroom was exemplary.

I remember Montez as being a courteous and friendly young man who showed respect for his teachers, staff, fellow students, as well as himself. I sincerely hope that you will take this into consideration.

Sincerely,

*Pamela M. Jones*

Pamela M. Jones
(434) 709-8166

August 27, 2018

Your Honor:

I have battled with what to say in this letter for several days. Writing this letter is no easy task for me. I am a 42 year veteran in the teaching profession. I am saddened by the number of our youth taking the wrong path in life.

I have had the pleasure of knowing a kind and respectful young man by the name of Montez Allen. I watched him grow and become a well-respected Officer in our ROTC Program. I watched him for four years wear his uniform with pride and respect. As, a ranking officer one could tell this young man would accomplish great things in years to come. I would see him in the halls of our school well dressed in his uniform and smile referring to him as "General". I know he has the potential to be more than the trouble he is in today.

I can tell you that I cried tears of disappointment when I found out he was in trouble. This young man is "Somebody ". I observed it for 4 years.

If I may assist in any way please feel free to contact me at 336-681-6768. Thank you for your time.

Sincerely,

Ettie A Collins

George Washington High School

To Whom It May Concern

      I Katrice Terry is writing this letter on the behalf of Montez Allen. I have known Montez his entire life. Montez has always been a good kid growing up. He was raised by his mom to be a very respectful young man saying yes sir & yes maam in conversation with adults. I attend United Holiness Worship Center Church where I can recall Montez growing up singing in our youth choir every Sunday. When my family moved into our new home Montez was one of the first teenagers to offer his help. That's just the kind of young man he was raised to be, always the first to offer a helping hand when needed. It has made my heart happy to watch him grow into such a wonderful young man and now father.

                              Katrice Terry

DEFENDANT'S EXHIBIT 3
4:18CR12

August 28, 2018

To Whom It May Concern

My name is Karen Baise, I am an RN and Director of Nursing for a skilled nursing facility in Danville Va.

I have had the pleasure of knowing Montez Allen for a little over 13 years. I am a friend and co-worker of his mom, Sherry Allen.

Montez has always came across as a person of good moral character. He is a trustworthy, decent and reliable young man. I have witnessed his love for his family and dedication to be a hard working citizen over the past few years after he graduated high school. He has a brand new baby boy and I know that he is anxious to be able to spend time with him.

I do not feel in any way that Montez would pose a threat and/or danger to anyone, he has always shown himself to be a courteous individual. I feel that given the opportunity he will continue to be a successful young man.

Sincerely

*Karen Baise*
434-710-0634
Karen Baise

August 29, 2018

To whom this may concern,

    I have known Montez Allen for about four years now. I have grown close to Montez's mother Sherry Allen, so I now consider Montez as my nephew. When I first met Montez or Tez as I call him he was very mannerable and respectable, and to this day still is. When I first met Tez he was still in high school, he was in NJROTC and very active within the program and very active in church as well. Montez is a hardworking, dependable young man and don't mind doing for others. He also did his job very well and was all was on time per a fellow coworker, which happens to be my brother, which was Montez's Shift leader. I can further state that Montez has been dedicated to work and his family. He is a loveable person towards his close friends as well.

    In writing this letter I hope that it will help to make a positive decision when considering Montez's release. I also do not see him to be a threat to the community.

Yours Sincerely,

*Tynisha Cobbs*

Tynisha Cobbs

434-688-8845

I am writing this on the behalf of Montez Allen. I've been knowing him since he was a little boy and watched him grow into a very respectful young man. His mom and I are really good friends and I hate to see her hurt during this difficult time. Montez is not only respectful but a very hard worker. At his young age he always manages to keep a job. I admire him for that because most of these young adults don't like to work, for what reasons I don't know. Montez attends church regularly with his mom, brother and sister. He was brought up in the church since a child and is very God fearing. Just a few months ago Montez was blessed with a baby boy. He is eager to get come home and begin his parental duties. It's imperative that a child knows his father and I pray for change. This young man that I speak so highly of could not and would not do the things that he is now accused of! Montez has a multitude of people praying for him and we pray for Victory!

~La-Mecca Williams~

8/30/18



**Saber Healthcare Group** ... on the cutting edge of healthcare

26691 Richmond Rd. • Bedford Heights, OH 44146
Phone: (216) 292-5706 • Fax: (216) 292-1443

August 28, 2018

To: To Whom It May Concern

Fr: Vanessa D James, Business Office Manager

Re: Character Letter for (MONTEZ L. ALLEN)

I would like to say that Montez Allen is a very intelligent young man. I have had the opportunity to see him on a regular basis visiting the facility here at Stratford Rehabilitation Center. Montez always polite and so respectful and always greeted me with a smile. I've had the opportunity to see Montez interact with his family, they are so close and God Fearing people that show each other Love and respect.

Please accept this letter from my heart, letting you know that I believe that this young man is of good character and have respect for all he come in contact with. May God continue to Bless and keep him in his care.

Respectfully Submitted,

*Vanessa D. James*
Vanessa D. James

August 29, 2018

Your Honor,

My name is Shannon Pulley. I am A Registered Nurse at Stratford Rehab Center in Danville, Virginia. Sherry (Montez's mother) and I are friends and we work together. I am aware of the charges against Montez Allen.

I have known Montez for about 4 years. Montez always has a smile on his face. He is a polite young man that is respectful to others. Montez has been very well mannered around me. He is a good son to my friend.

Family has been an important part of his life. He and his brother were almost inseparable. They did everything together. He also made sure that he spent quality time with his sister. When he found out that he was going to be a father, he began preparing right away. He was so excited. I know he wants to be an involved father with little Leven.

Sincerely,

*Shannon Pulley*

Shannon Pulley

8/29/18

To whom it may concern:

    I am writing this letter in regards to Montez Allen. I have known "Tez" for approximately four years. I have worked with his mother for that period and during that time met him. He would come by often to see his mother and I would have the opportunity to interact with him. He has always been very respectful and rather quiet when I was around. He has a sweet personality and I say that because I have noticed the attention he gives his mother, the way he presents himself, the way he would speak to others with care and respect. I know that family is important to him and he was very excited about the birth of his newborn son. I have always viewed him as a person that with the right opportunities could be a success in what he focused on.

                                                                       Sincerely,

                                                                       Janet Francis

*Janet Francis* (signature)

29 August, 2018

To Whom It May Concern:

My name is LaTonia Strader I am a Research Specialist for Duke Hospital in Durham, NC. I have adopted Montez Allen as my nephew since he was a little boy.

I have known Montez Allen practically all is life. He is the son of my best friend whom is like a nephew to me. I have watched this young man grow up into a friendly, respectful and confident you man.

Growing up to the wise young man he is today, he has been nothing but a hard working young man to help his single mother and siblings. Montez has always been a respectful young man, he has contributed his time by working in the church and being a moral support to his mother.

I am very aware of the charges he has to face, but I express to you Montez Allen is a trusting, dignified young man. Montez is new father and his child and family needs him. So I ask that you please use your best judgment, but make it possible that Montez can return to his family as soon as possible.

Thank you for your time,

*LaTonia Strader*

Regards,

**LaTonia Strader**

Clinical Research Specialist, Sr.

Duke Clinical Research Unit

Duke Clinical Research Institute

40 Medicine Circle, Room 2579 White Zone

Durham, NC 27710

Office: 919-668-2261

Latonia.strader@dm.duke.edu

**Sherry Allen**
___

| | |
|---|---|
| **From:** | Stephen Niblett <sdniblett24@gmail.com> |
| **Sent:** | Tuesday, August 28, 2018 3:04 PM |
| **To:** | Sherry Allen |
| **Subject:** | Character Letter |

To whom it may concern :

My name is Stephen Niblett and im a youth leader and United Holiness Church. I have known Montez Allen since he was born. The Montez Allen i know is a great young man. He attended church regularly. I worked closely with him at the church in many youth activities. He always has been respectable and shown other people and adults respect. I have not known Montez to get in any trouble and was one of our promising youths at the church. I'm writing this letter in regards to prove that he is a great young man and if given the chance he can continue to show that he can be even a better young man. Please take this letter in to consideration to help in releasing him to continue the good work also be a great father.

Thank you

STEPHEN D. NIBLETT

DEFENDANT'S EXHIBIT H