UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE

UNITED STATES OF AMERICA

v.

MONTEZ LAMAR ALLEN

ORDER OF DETENTION
PENDING TRIAL

CASE NO.: 4:18CR00012

In accordance with the Bail Reform Act, 18 U. S. C. § 3 142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**FINDINGS OF FACT**

(1) There is probable cause to believe that the defendant has committed an offense:
(a) for which a maximum term of imprisonment of ten years or more is prescribed in   18:1962-7471.F   .

(2) The defendant has not rebutted the presumption established by finding I that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**STATEMENT OF REASONS FOR DETENTION**

I find that the credible testimony and information submitted at the hearing establishes that:

Testimony and evidence establishes that defendant is a gang member involved in gang activities. Evidence adduced at the hearing has the defendant in the vicinity of at least one murder. Social media posts, messages and photos taken from defendant's Facebook accounts are replete with evidence that defendant was attempting to distribute marijuana in the Danville area and involved with guns and gang activities. While defendant does not have a serious criminal history and he is not a convicted felon, the court finds that the defendant is indeed a danger to the community due to his strong ties to the gang, selling drugs, and openly discussing firearm and drugs sales on Facebook and to law enforcement once he was taken into custody.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is directed to send certified copies of this Order to the defendant or counsel for the defendant; to the United States Attorney, Roanoke, VA; and to the United States Marshal, Roanoke, VA.

ENTER: This September 4, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge