IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

Danville Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 4:18CR00012 |
| | ) |
| MONTEZ LAMAR ALLEN | ) |

**DEFENDANT ALLEN'S MOTION TO JOIN THE MOTION FOR A JURY QUESTIONNAIRE AND TO IMPANEL A DANVILLE DIVISION VENIRE**

COMES NOW the defendant, Montez Allen, by and through counsel, and hereby moves to join defendant Jermay Smith, Jr.'s motion for a jury questionnaire (Doc. No. 281) and joins defendant Javontay Holland's motion to empanel a Danville jury venire (Doc. No. 283).

In joining said Motions, Mr. Allen adopts the legal and factual arguments set forth in the memoranda of law filed by Mr. Smith's and Mr. Holland's counsel respectively. Mr. Allen further asks the Court to accept the jury questionnaire proposed and filed by Mr. Smith's counsel (Doc. No. 281-1).

Mr. Allen reserves the right to present additional oral argument, if necessary, at the hearing scheduled for April 19, 2019 in Roanoke.

WHEREFORE, Mr. Allen asks the Court to grant his motion for a jury questionnaire, accept the jury questionnaire filed by Mr. Smith's counsel and order the jury venire be selected from in and around the Danville, VA Division.

RESPECTFULLY SUBMITTED,

Montez Lamar Allen

By: s/ Neil A. Horn
Of Counsel


By: s/ Seth Weston
Of Counsel

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was sent via electronic notification to Ronald Huber, Esq., Managing Assistant United States Attorney, U.S. Attorney's Office, and to Heather Carlton, Esq. Asst. United States Attorney, at 255 West Main Street, Charlottesville, VA on this 30th day of March 2019.

s/ Neil A. Horn


Neil A. Horn, Esq.
321 Campbell Ave. SW
Roanoke, VA 24016
(540) 345-1662
(540) 345-1663 Facsimile
Counsel for Defendant

Seth Weston, Esq.
313 Campbell Ave. SW
Roanoke, VA 24016
(540) 342-5608
(540) 301-2099 Facsimile
Counsel for Defendant