IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18-cr-00012 |
| | ) | |
| JAVONTAY JACQUIS HOLLAND | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MONTEZ LAMAR ALLEN | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
FOR USE OF A JUROR QUESTIONNAIRE**

In response to defendants Javontay Holland and Montez Allen's Motion for Use of Juror Questionnaire (ECF No. 285 and 290), the United States relies on its previous filing entitled United States' Motion to Dispose of the Use of a Jury Questionnaire or, in the Alternative, to Employ the Use of a Limited Jury Questionnaire. ECF No. 384.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

s/Ronald M. Huber
Ronald M. Huber
Heather L. Carlton
Assistant United States Attorneys

Michael J. Newman
Special Assistant United States Attorney

1

United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902
Tel:   434.293.4283
Ron.huber@usdoj.gov
Heather.carlton@usdoj.gov
newmamj@danvilleva.gov

DATED:     April 11, 2019

# **C E R T I F I C A T E**

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk by CM/ECF system, which will send notification of such filing to all counsel of record, on this 11th day of April 2019.

s/Ronald M. Huber<br>Assistant United States Attorney