FILED: January 17, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4645 (L)
(4:18-cr-00012-MFU-RSB-4)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MONTEZ LAMAR ALLEN, a/k/a Doc Milla

      Defendant - Appellant

_____

No. 19-4646
(4:18-cr-00012-MFU-RSB-5)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAVONTAY JACQUIS HOLLAND, a/k/a Tay, a/k/a Reckless

      Defendant - Appellant

_____

## M A N D A T E

_____

The judgment of this court, entered December 26, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*