IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 4:18CR00012-004                Date: 2/10/2020

**Defendant:** Montez Lamar Allen, custody            **Counsel:** Neil Horn, Seth Weston - CJA

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ    TIME IN COURT: 10:36-11:45  51m
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Mary Butenschoen
- U. S. Attorney: Heather Carlton, Ron Huber
- USPO: Kim Falatic
- Case Agent: Devin Taylor, FBI
- Interpreter: none

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court; SOF filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court takes under advisement plea of guilty and Rule 11(c)(1)(C)plea agreement. The court finds the defendant competent and capable of making a knowing, informed and voluntary plea.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☐ Court finds defendant guilty as charged in Counts
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for TBA before Judge Urbanski.

Additional Information:
Parties/court located in Roanoke.
Dft counsel raises objection re jurisdiction/appeal status (interlocutory appeal filed by US) and going forward today.   US disagrees with positon of dft - for reasons stated on record.   Court believes it has jurisdiction for reasons stated on record.

Court asks US for justifiable reasons for accepting plea in this range of punishment.  US responds as stated on record. Dft counsel responds as stated on record. Dft wants the court to accept plea and PA at this time. Court takes plea under advisement. US requests sentencing prior to trial of this case and requests that SOF be used in PSR.

US speaks for victim's family - objection to plea agreement, as insufficient.