FILED IN OPEN COURT
DATE 2/10/20
BY _____
DEPUTY CLERK
Rke DIVISION, W.D. of

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.                                                          Criminal Action No. 4:18CR00012-004

MONTEZ LAMAR ALLEN

In the presence of Neil Horn and Seth Weston, my counsel, who has fully explained the charges contained in the indictment against me, and having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment and count(s) one thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

2/10/2020
Date

_____
Witness