Case 4:18-cr-00012-MFU-RSB   Document 757   Filed 04/28/21   Page 1 of 1   Pageid#: 6334

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 28 2021

JULIA C. DUDLEY, CLERK
BY: HMcOcrae
    DEPUTY CLERK

#4:18CR12-4

My name is Montez Allen #22219-084. I am writing this letter in reference to me being able to seek representation to represent me for the First Step Act. I can't afford legal counsel so I will be very appreciative if you could appoint me a defense attorney to give me a broad view of what I am eligible for. You can reach me by the information as follows:

Montez Allen #22219-084
FCI Bennettsville
P.O Box 52020
Bennettsville, SC 29512

Sincerly, Montez Allen