IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 4:18-cr-00012 |
| ) | |
| MONTEZ LAMAR ALLEN, ) | |
| *Defendant*.   ) | |

NOTICE OF NO SUPPLEMENTAL FILING

The Federal Public Defender's Office was appointed to Mr. Allen's case by Standing Order 2019-1 pursuant to Section 404 of the First Step Act of 2018 (ECF No. 758). Counsel respectfully notifies the Court that counsel does not intend to file a subsequent motion, and asks this Court to allow Mr. Allen to proceed *pro se* if he so chooses. By nothing in this filing, however, does counsel intend to detract from his filing.

Respectfully Submitted,

*/s/ Monica D. Cliatt*
Monica D. Cliatt
First Assistant Federal Public Defender
PA. No. 84848
210 First Street SW, Suite 400
Roanoke, VA. 24011
Tel: (540) 777-0880
Fax: (540) 777-0890
monica_cliatt@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

*/s/ Monica D. Cliatt*